Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**RECEIVED**
JUL 18 2023
CLERK
U.S. DISTRICT COURT

**FILED**
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUL 18 2023
OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of Nebraska
_____ Division

Welch Racing LLC
Brendan Welch
Plaintiff(s)

Case No. 8:23cv306
(to be filled in by the Clerk's Office)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☐ Yes ☐ No

-v-

Double 00 Shitshow
Gregg Padgett (see attached)
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brendan Welch
Street Address: 403 N Galway St
City and County: Greeley; Greeley
State and Zip Code: Nebraska 68842
Telephone Number: Redacted for Protection
E-mail Address: N/A severe stalking/Harassment ongoing

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Double 00 shitshow RA - David Wright
  Job or Title (if known): owner
  Street Address: 17000 EL CAMINO REAL STE 210B
  City and County: Houston, TX Harris
  State and Zip Code: Texas
  Telephone Number:
  E-mail Address (if known): doubleooshitshow@gmail.com

Defendant No. 2
  Name: Gregg A Padgett
  Job or Title (if known):
  Street Address: 1300 Denning Rd
  City and County: Benson Johnston
  State and Zip Code: NC 27504
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name: Brian Sorrells
  Job or Title (if known):
  Street Address: 262 Dellwood Dr
  City and County: Fairborn; Greene
  State and Zip Code: OH 45324
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: Matt A Viscione
  Job or Title (if known):
  Street Address: 54 Rope Ferry Rd Unit I/46
  City and County: Waterford; New London
  State and Zip Code: CT; 06385
  Telephone Number:
  E-mail Address (if known):

Page 2 of 5

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 18 USC 241; 18 USC 242; 18 USC 2261A and Infringement

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Brendan Welch, is a citizen of the State of *(name)* Nebraska.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Welch Racing, is incorporated under the laws of the State of *(name)* Nebraska, and has its principal place of business in the State of *(name)* Nebraska.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* David Wright, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) **Double oo Shitshow** is incorporated under the laws of the State of (name) **Texas**, and has its principal place of business in the State of (name) **Texas**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$250,000 – Substantial Damages and Loss; Crimes in question are major; Severe Harassment; Stalking; Emotional Distress; Infringement and False Light.**

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**David Wright and accomplices of him; all associated with Double oo Shitshow did Intentionally and Deliberately Harass; Stalk; Violate Rights; Steal; Commit Fraud and Infringement. Despite asked to stop by me and others; they continue with the Crimes.**

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Arrests; Fines. If arrests for their crimes are not available; I request Injunctions to force them to Pay; even seizing their bikes; dragsters; cars; etc. If needed. Also would like Permanent cease and desist order granted Preventing all Contact covert online and In Person**

I also want and need all Photos and Videos Removed and destroyed in the matter of the Infringing Content, that puts me in False Light, All Defamatory Statements shall also be deleted permenantly.

I do not want David Wright or anyone associated with Double oo shitshow ever harassing me again. I want them banned from Welch Racing LLC our home, office and all travel locations Including within 3 miles of any hotel or motel we reside at for Business,

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/18/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Brendan Welch

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Street Address _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____

# FEDERAL/CRIMINAL/STATE LAWSUIT AND CHARGES

David Wright/Double 00 Shitshow- Fraud; Forgery; Online Impersonation; Stalking/Harassment; Cyber Harassment/Stalking; Content Theft; Intellectual Property Theft; Infringement; Hate Speech; Libel; Malicious Defamation; Defamation of Character

157 Pin Oak Drive Van Vleck, Texas
157 Pin Oak Circle Van Vleck, Texas
Matagorda County
17000 EL CAMINO REAL STE 210B Houston, Texas
Houston Police
Harris County Sherriff

Matt Who-Viscione
Matt A Viscione
Defamation/Infringement

Matthew A Viscione

Born: May 1986

Age: 37

Nov 30, 2009 - Jul 12, 2023
Rope Ferry Commons

54 Rope Ferry Rd Unit I146, Waterford, CT 06385-2830

Stone Bridge Iron and Steel

426 Purinton Rd, Gansevoort, NY 12831


Shawn Blum

Defamation/Libel

Shawn Michael Blum

Age: 58

Born: Jun 1965

Dec 1, 2003 - Jul 12, 2023
400 Spring Hollow Rd, Windsor, PA 17366-8515


Janice Merrill Johnt

Defamation/Libel

Broker Development Manager at <u>American Collectors Insurance</u>

Janice Merrill Johnt

Age: 37

Born: Aug 1985

Oct 1, 2010 - Jul 12, 2023
Southdowns

203 Derby Ln, Clinton, SC 29325-9753

Associated Phone Numbers
(864) 547-1814

3534 Ashmore Ln, Milton, FL 32571-8376

Tracy Jones

Infringement/Defamation

Tracy Lennon Jones

Age: 54

Born: Dec 1968

Mar 18, 1994 - Mar 10, 2003
485 Glenn Link Rd, Lexington, NC 27295-8312

Dec 27, 2006 - Jul 12, 2023
1201 Paige Rd, Walnut Cove, NC 27052-5661

Residential Address

Tracy Jones

Addresses:
5136 Alaska Road, Walkertown, North Carolina, 27051
5308 Moss Creek Lane, Clemmons, North Carolina, 27012

Email owners USA

Tracy Jones

Addresses:
1195 Paige Road, Walnut Cove, North Carolina, 27052
1201 Paige Road, Walnut Cove, North Carolina, 27052
North Dakota
Alabama

2119 Rosebud Road, Walnut Cove, North Carolina, 27052
1266 Claxton Ridge Drive, Kernersville, North Carolina, 27284
6600 Woodmere Drive, Walkertown, North Carolina, 27051

**Residential Contacts**

# Tracy Jones

Addresses:
115 Powers Road, Winston Salem, North Carolina, 27106
1201 Paige Road, Walnut Cove, North Carolina, 27052
2845 Wesleyan Lane, Winston Salem, North Carolina, 27106
1195 Paige Road, Walnut Cove, North Carolina, 27052
430 Perryman Road, Lexington, North Carolina, 27295

Jun 8, 2019 - Jul 12, 2023
3903 Pallas Way Apt 1c, High Point, NC 27265-3654

97 Lake Royale, Louisburg, NC 27549-9593

97 Lake Royale, Louisburg, North Carolina, 27549
10310 Falls Mill Drive, Raleigh, North Carolina, 27614
1311 Burningbush Lane, Raleigh, North Carolina, 27614
2504 Holbrook Court, Raleigh, North Carolina, 27604
5241 Baywood Forest Drive, Knightdale, North Carolina, 27545
205 Dalton Jackson Lane, Lexington, North Carolina, 27295
61 Farmwood Drive, Kernersville, North Carolina, 27284

Current Job:
at Coldwell Banker Triad

Previous Jobs:
Jones Consultants

Addresses:
310 Main Street, Lexington, North Carolina, 27292
205 Dalton Jackson Lane, Lexington, North Carolina, 27295
Lexington, North Carolina, 27294

Current Job:

Chief Executive at Jones Consultants

Addresses:
205 Dalton Jackson Lane, Lexington, North Carolina, 27295

## David Slusher

### Defamation/Infringement

Dec 1, 2004 - Mar 13, 2023
224 Harrow Pl, Charles Town, WV 25414-5901

306 Flowing Acres Rd, Charles Town, WV 25414

Apr 27, 2000 - Jul 11, 2023
314, Po Box, Rippon, WV 25441-0314

224 Flowing Acres Rd, Charles Town, WV 25414

## Brian Sorrells

### Infringement/Defamation

**Brian Michael Sorrells**

Age: 39

Born: Jan 1984

Nov 13, 2015 - Jul 11, 2023
**Delray**

262 Dellwood Dr, Fairborn, OH 45324-4225

Associated Phone Numbers
(937) 874-5027

## Jay Katz

### Defamation/Libel

**Jay Elliott Katz**

Age: 54

Born: Sep 1968

Jun 1, 2010 - Jul 11, 2023
**Lovers Lane Heights**

7607 Morton St, Dallas, TX 75209-4011

Residential Address

## Jay Katz

Addresses:
Irvine, California, 92623
155 N Cross Creek Road, Orange, California, 92869
260 Giotto, Irvine, California, 92614
56627 Arch Court, Elkhart, Indiana, 46516
550 Paularino Avenue, Costa Mesa, California, 92626
7607 Morton Street, Dallas, Texas, 75209
6542 Brook Lake Drive, Dallas, Texas, 75248
906 Allen Street, Dallas, Texas, 75204
4912 Sea Pines Drive, Dallas, Texas, 75287

# Dustin Thomas Williams

Harassment/Stalking/Defamation/Infringement

May 12, 2017 - Jul 12, 2023

196 Baker Ln, Manchester, TN 37355-6119

Associated Phone Numbers
(931) 723-2858

Age: 24

Born: Mar 1999


Joe Foley

Joe Foley

## May 11, 2020 - Jul 11, 2023

1075 Blue Spruce Dr, Mooresville, NC 28115-4315

160 Scenic View Dr, Mooresville, NC 28115-7438

Mar 13, 2008 - Jul 11, 2023
**Linwood Farms**

123 Edgington St, Mooresville, NC 28115-8313

210 Devon Forest Dr, Mooresville, NC 28115-7963

# Blase Raia

### Infringement/Defamation/Libel

Apr 1, 2020 - Jul 12, 2023

**614 S Dartmouth Ln, Altoona, PA 16602-7442**

Description

**1 Suite, 100 Apartments**

Associated Phone Numbers

**(814) 944-1803**

**704 8th Ave, Altoona, PA 16602**

704 8th Ave, Altoona, PA 16602-2652, United States, Altoona, PA, United States, Pennsylvania

📞(814) 515-1122

# Double Tap Indoor Gun Range

FALSE LIGHT INVASION OF PRIVACY/MISAPPROPRIATION/DEFAMATION OF CHARACTER

Brandon Booher

AGE: 40

BORN: NOV 1982

6907 Cowboy Dr, Midland, TX 79705-1688

Feb 19, 2013 - Jul 14, 2023

419 Sweetbriar Dr, Midland, TX 79703-5333

206 S Cottage Grove Ave, Urbana, IL 61802-3504

52 E Armory Ave Apt 115, Champaign, IL 61820-9105

1714 Coronado Dr, Champaign, IL 61820-7020


Donnie Allan Faulkner

AGE: 52

BORN: SEP 1970

Mar 8, 2010 - Jul 14, 2023

Colony West

2219 Breckenridge Dr, Little Rock, AR 72227-2905


Joseph Todaro

Aug 1, 2009 - Jul 14, 2023

70 Wirt Ave, Staten Island, NY 10309-4224

Associated Phone Numbers

(718) 227-6916

26 Combs Ave, Staten Island, NY 10306-1865

Tim Charlet

7065 W Ann Rd #130-679 Las Vegas, Nevada

Jimmy Terhune

AGE: 56

BORN: FEB 1967

8440 State Route 1078 N, Henderson, KY 42420-9731

Matt Wybiral

Farmbrook

222 Quail Dr, Greensburg, PA 15601-4728

Rickey Bowman

Rickey L Bowman

AGE: 41

BORN: APR 1982

246 Fineburg Rd, North East, MD 21901-2625

Michael Beard

Michael D Beard

AGE: 39

BORN: JUL 1984

304 N Cherry St, Marysville, OH 43040-2206

2289 Gardendale Dr, Columbus, OH 43219-2001

Dusty Jordon Brazel

AGE: 39

BORN: DEC 1983

Nov 1, 2001 - Jul 14, 2023

300 Briar Patch Ln, Norman Park, GA 31771-6050

Feb 1, 2003 - May 18, 2023

464 Ga Highway 33 S, Moultrie, GA 31788-0500

Associated Phone Numbers

(229) 985-0122

Kole Pritchett

Kole L Pritchett

40 March 1983

533 Rolling Meadows Rd

Grimsley, Tn 38565

5581 S York Hwy Grimsley, TN 38565

Josh Duncan

2251 Greencrest Way

Lancaster, OH 43130

Mike Acevedo

7009 Whalens Hideaway St

Plant City, FL 33565

Bill Richards

121 Barony Rd

Le Sueur, MN 56058

John Campbell

275 E Carter Rd Portland, TN 37148

161 Center St Portland, TN

Nick A Finney

5553 W Fairview Rd

Greenwood, Indiana 46142

926 Briar Patch Ln Greenwood, Indiana

Cody Harp 30 July 1993

2122 Duane Ave NW

Massillon, OH 44647

330 837 9866

Megan Racine Kellogg

400 Central Florida BLvd

Orlando, FL

Cody Mic Man Miller
4800 King Rd Philpot, KY
42366

Tim L Burks
73 Beech St
Halls, TN 38040

Dennis Poole
723 Maple St
North Little Rock, AR 72114

Seth McRobie
6430 Baertown Rd NW
Dover, OH 44622

Donny Algieri
136 Washington Ave
Nutley, New Jersey 07110

June 6

Matt Gain
PO Box Cornish, ME 04020
0420

    

John Campbell
275 E Carter Rd Portland, TN 37148
161 Center St Portland, TN

Nick A Finney
5553 W Fairview Rd Greenwood, IN 46142
926 Briar Patch Ln Greenwood, IN

Cody Harp; 30 July 1993
2122 Duane Ave NW
Massillon, OH 44647
330 837 9866

Megan Racine Kellogg
4000 Central Florida Blvd
Orlando, Florida

Ryan Hill
~~2716 E 400~~
4716 Friar Tuck Circ
Rensselaer, Indiana 47978

Kole Pritchett
533 Rolling Meadows Rd
Grimsley, TN 38565
5581 S York Hwy Grimsley, TN
38565

Josh Duncan
2251 Greencrest Way
Lancaster, OH 43130

Mike Acevedo
7009 Whalens Hideaway St
Plant City, FL 33565

Bill Richards
121 Barony Rd Le Sueur, MN
56058